UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

PAUL T. AQUINO )
    Plaintiff )
    )
vs. )   Civil Action No. 03-40285-NMG
    )
PACESETTER ADJUSTMENT )
COMPANY )
    Defendant )

DEMAND FOR JURY TRIAL OF ALL ISSUES

The Plaintiff in the above action demands a trial by jury of all issues.

Dated December 22, 2003

_____
Attorney for Plaintiff
John F. Keenan, Esq.
390 Main Street, Suite 1000
Worcester, MA 01608
(508) 791-8181
BBO#264000

CERTIFICATE OF SERVICE

I, John F. Keenan, hereby certify that I have this 22nd day of December, 2003, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to Maynard M. Kirpalani, Esq., Geoffrey M. Coan, Esq., 155 Federal Street, Boston, MA 02110.

_____
John F. Keenan