EXHIBIT C

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
                    THIS OFFICE

                    District Court Dep.




**Adjustment Company**

P.O. Box 41180, Baton Rouge, LA 70835
Twelve United Plaza
8549 United Plaza Blvd. Suite 301
Baton Rouge, LA 70809

*Claim Managers and Administrators*     (225) 293-2492     FAX (225) 291-3968

March 26, 2003

Mr. John Keenan
Attorney at Law
390 Main Street, Suite 1000
Worcester, MA 01608-2575

Fax No: 508-792-0832

Re:  Claim No: ACET-J-20-09008
     Insured: March Taxi
     Claimant: Paul Aquino
     D/L: 7-12-00

Dear Mr. Keenan:

We have a $100,000 CSL limit of coverage provided to the named insured, March Taxi. We previously paid property damage to your client totalling $4,144.48. We have $95,855.52 remaining on the policy limit which we offer in full and final settlement of all claims.

Please advise.

Sincerely yours,

Paul E. Pearson
President

PEP:ds

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
                          THIS OFFICE

                   District Court Dept.
                     Division

EXHIBIT D

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
                    IS OF...

            ...rate District Court ...
                ...Division

 

**Adjustment Company**

P.O. Box 41180, Baton Rouge, LA 70835
Twelve United Plaza
8549 United Plaza Blvd. Suite 301
Baton Rouge, LA 70809

*Claim Managers and Administrators*            (225) 293-2492            FAX (225) 291-3968

April 9, 2003

Mr. John Keenan
Attorney at Law
390 Main Street, Suite 1000
Worcester, MA  01608

Fax No: 508-792-0832

Re:   Claim No: ACET-J-20-09008
      Insured: March Taxi
      Claimant: Paul Aquino
      D/L: 7-12-00

Dear Mr. Keenan:

We are currently awaiting word from the excess carrier General Star Insurance Company. As we have previously indicated, we have $95,855.52 remaining on the policy limit which we offer in partial satisfaction of the judgement in this case. We request that you allow us to pay this partial satisfaction and within the next 15 days or so we should have word from General Star.

Please advise.

Sincerely yours,

Paul E. Pearson
President

PEP:ds

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
                              IS OFFICE

                  District Court

Baton Rouge  •  Los Angeles  •  New York

EXHIBIT E

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
...... THIS OFFICE

...... ate District Court ...
...... Division



**Adjustment Company**

P.O. Box 4118, Baton Rouge, LA 70835
Twelve United Plaza
8549 United Plaza Blvd. Suite 301
Baton Rouge, LA 70809

*Claim Managers and Administrators*   (225) 293-2492   FAX (225) 291-3968

April 21, 2003

Mr. John Keenan
Attorney at Law
390 Main Street, Suite 1000
Worcester, MA 01608

Fax No: 508-792-0832

Re:   Claim No: ACET-J-20-09008
      Insured: March Taxi
      Claimant: Paul Aquino
      D/L: 7-12-00

Dear Mr. Keenan:

We have again checked the coverage for the Insured, March Taxi and find that this is a $100,000 combined single limit liability policy. There is no separate coverage for property damage liability in this case.

We would like to try and get this matter settled if at all possible. If we could get $140,000 would that be acceptable to your client in full settlement of this claim? Please advise.

Sincerely yours,

Paul E. Pearson
President

PEP:ds

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME



**Adjustment Company**

P.O. Box 41486 • Baton Rouge, LA 70835
Twelve United Plaza
8549 United Plaza Blvd. Suite 301
Baton Rouge, LA 70809

*Claim Managers and Administrators*     (225) 293-2492     FAX (225) 291-3968

August 13, 2003

Mr. John Keenan
Attorney at Law
390 Main Street, Ste.1000
Worcester, MA 06108

RE:  Ace Fire Underwriters
     Claim Number:  ACET-J-20-09008
     Insured:  March Taxi
     Claimant:  Paul Aquino
     Date of Loss:  7/12/00

Dear Mr. Keenan:

We have your July 1, 2003 communication. After much discussions between our offices, this case was compromised and full & final releases of all claims were obtained. The judgement has been satisfied in full. We do not believe that you are entitled to any further claim in this case. Our file is closed.

Sincerely,

Paul E. Pearson
President

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME

Baton Rouge • Los Angeles

Exhibit 2

MASSACHUSETTS TRIAL COURT
DISTRICT COURT DEPARTMENT

_____CLINTON_____ Division

PAUL T. AQUINO
_____
        Plaintiff

        vs.                                No. 0368 CV0577
PACESETTER ADJUSTMENT
   COMPANY
_____
        Defendant

STATEMENT OF DAMAGES

[X] Plaintiff  [ ] Defendant  [ ] Other (Specify)_____

in the above-captioned action, hereby asserts that the money damages sought by means of the [X] complaint [ ] crossclaim [ ] counterclaim to which this statement of damages is attached, amount to Four Hundred Twenty-Five Thousand ($425,000.00) Dollars.

Signed: _____
        Attorney (or party, if pro se)

Date: November 5, 2003

CERTIFIED TO BE A TRUE COPY
THE ORIGINAL AS THE SAME

FILED
NOV 7 2003
ATTEST: _____
CLERK MAGISTRATE
DISTRICT COURT

Form DCM-39



# Commonwealth Of Massachusetts
## The Trial Court
CLINTON DIVISION

CERTIFIED TO BE A TRUE COPY

Worcester, ss

PAUL T. AQUINO, Plaintiff

vs                                      Civil Action No. 0368CV0577

PACESETTER ADJUSTMENT COMPANY, Defendant

**UNIFORM COUNSEL CERTIFICATION FOR CIVIL CASES**

I am attorney-of-record for Paul T. Aquino, plaintiff in the above entitled matter.

In accordance with Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) which states in part: "...Attorneys shall: provide their clients with this information about court-connected dispute resolution services; discuss with their clients the advantages and disadvantages of the various methods of dispute resolution; and certify their compliance with this requirement on the civil cover sheet or its equivalent...," I hereby certify that I have complied with this requirement.

JOHN F. KEENAN
Attorney for Plaintiff

ATTEST:
CLERK MAGISTRATE
CLINTON DISTRICT COURT

(3)

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.                    DISTRICT COURT DEPARTMENT
                                  CLINTON DIVISION
                                  C.A. NO. 0368CV0577


PAUL T. AQUINO

VS.

PACESETTER ADJUSTMENT           PLAINTIFF'S CLAIM OF
COMPANY                         RIGHT TO JURY TRIAL
                                IN SUPERIOR COURT


   Now comes the Plaintiff ___Paul T. Aquino___ and preserves (his) ~~(her)(its)~~ right to a jury trial in Superior Court in accordance with the provision of Massachusetts General Laws Chapter 231, Section 103, as amended.

                                By his attorney,

                                _____
                                JOHN F. KEENAN
                                390 Main Street
                                Worcester, MA 01608
                                (508) 791-8181
                                BBO#264000
                                Dated: November 5, 2003

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
... OFFICE

...strict Court Dept.

## Wolfson, Keenan, Cotton & Meagher
### Attorneys at Law

JACK L. WOLFSON, P.C.
JOHN F. KEENAN
DANIEL I. COTTON
ANDREW C.J. MEAGHER
LAWRENCE E. COHEN
PAUL J. DEMOGA
MICHAEL J. MICHAELES
CHRIS C. FUHRMANN
BARBARA J. KATZENBERG

EACH ATTORNEY IN THIS OFFICE IS AN INDEPENDENT PRACTITIONER WHO IS NOT RESPONSIBLE FOR THE PRACTICE OR THE LIABILITY OF ANY OTHER ATTORNEY IN THE OFFICE

Suite 1000
390 Main Street
Worcester, Massachusetts 01608-2575

TELEPHONE 508-791-8181
TELECOPIER 508-792-0832

November 5, 2003

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME

Clerk's Office - Civil
Clinton District Court
Routes 62 & 70
Clinton, MA   01510

Re:      Paul T. Aquino
Vs.      Pacesetter Adjustment Company

Dear Sir/Madam:      03 68 CV 0577

Enclosed for filing please find the following:

1. Complaint
2. Entry fee of $195.00
3. Statement of Damages
4. Uniform Counsel Certification for Civil Cases
5. Plaintiff's Claim of Right to Jury Trial in Superior Court.

Please furnish me with the docket number of this action by stamping the same on the enclosed copy of this letter and returning it in the envelope provided.

Very truly yours,

JOHN F. KEENAN

JFK:nk
Enclosures

# Trial Court of Massachusetts
## DISTRICT COURT DEPARTMENT
## CLINTON DIVISION

WORCESTER, ss

PAUL T. AQUINO

VS.

PACESETTER ADJUSTMENT COMPANY

NOV 25 2003

ATTEST: _____

Civil Action No. 0368CV0577

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL AS THE SAME IS ON FILE IN THIS OFFICE

### SUMMONS
(Rule 4)

To defendant Pacesetter Adjustment Company of 8549 United Plaza Blvd., Ste. 301, Baton Rouge, LA
(name) (address)

You are hereby summoned and required to serve upon John F. Keenan, Esq., plaintiff('s attorney), whose address is 390 Main Street, Worcester, MA 01608, a copy of your answer to the complaint which is herewith served upon you, within 20 days after service of this summons, exclusive of the day of service. You are also required to file your answer to the complaint in the office of the Clerk of this court either before service upon plaintiff('s attorney), or within 5 days thereafter. If you fail to meet the above requirements, judgment by default may be rendered against you for the relief demanded in the complaint. You need not appear personally in court to answer the complaint.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will be barred from making such claim in any other action.

WITNESS Martha S. Brennan, Presiding Justice, on November 13, 2003
(date)

(SEAL)

_____
Clerk-Magistrate

Note: (1) When more than one defendant is involved, the names of all defendants should appear in the action. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
(2) The number assigned to the complaint by the Clerk at commencement of the action should be affixed to this summons before it is served.

### RETURN OF SERVICE

On November 17, 2003, I served a copy of the within summons, together with a copy of the
(date of service)

complaint in this action, upon the within named defendant, in the following manner (see Rule 4 (d) (1-5)):

by mailing by Certified Mail to the within named defendant at 8549 United Plaza Blvd., Suite 301, Baton Rouge, LA 70809 in which receipt is

_____
(signature)

KEENAN, Attorney for Plaintiff
(name and title)

390 Main Street
(address)

Worcester, MA 01608

; to the court and to the party or his attorney, all be made promptly and in any event within Rule 4(f).
served on the defendant, on the original or his attorney.
with mail first class a copy of the summons date of mailing and the address to which the ct Courts

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacesetter Adjustment Company
8549 United Plaza Blvd.
Suite 301
Baton Rouge, LA 70809

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Linda Adams
☐ Agent
☐ Addressee

B. Received by (Printed Name): Linda Adams
C. Date of Delivery: 11/17/03

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0004 8186 5627

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

COMMONWEALTH OF MASSACHUSETTS
DISTRICT COURT DEPARTMENT
CLINTON DIVISION

WORCESTER, ss }
PAUL T. AQUINO }
vs. }                                    Civil Action No. 0368CV0577
WORCESTER ADJUSTMENT COMPANY }
}
}

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME

ENTRY OF DEFAULT
(Rule 55(a))

It having been made to appear to the Clerk that __WORCESTER ADJUSTMENT COMPANY__, defendant herein, has failed to plead or otherwise defend as provided by the Dist./Mun.Cts.R.Civ.P., entry of default against said defendant is hereby made pursuant to Rule 55(a).

_____
(Assistant) Clerk

12-12-03
(Date)

Uniform Form DCM-21
AR4-76



# Commonwealth of Massachusetts

DISTRICT COURT DEPARTMENT
CLINTON DIVISION

Worcester , ss

PAUL T. AQUINO

VS.

PACESETTER ADJUSTMENT COMPANY

Civil Action No. 0368CV0577

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME

### REQUEST FOR DEFAULT
(Rule 55 (a))

I, __John F. Keenan__, attorney for the above-named plaintiff(s) __Paul T. Aquino__, state that the complaint in this action was filed on __November 7, 2003__ (date), and the summons and a copy of the complaint were served on defendant(s) __Pacesetter Adjustment Company__ on __November 17, 2003__ (date), as appears from the officer's return of service; and that the defendant(s) herein has/have failed to serve a responsive pleading or to otherwise defend as provided by rule.

Therefore, I request that default be entered against defendant(s) __Pacesetter Adjustment Company__ in this action.

Signed under the penalties of perjury.

FILED
DEC 10
ATTEST: _____
CLERK MAGISTRATE

December 9, 2003
(date)

(signature)
JOHN F. KEENAN
(name)
390 Main Street
(address)
Worcester, MA 01608

Telephone (508) 791-8181

This form prescribed by the Chief Justice of the District Courts

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.                                          DISTRICT COURT DEPARTMENT
                                                        CLINTON DIVISION
                                                        CIVIL ACTION NO.: 0368CV0577

PAUL T. AQUINO,
        Plaintiff,

v.

PACESETTER ADJUSTMENT COMPANY,
        Defendant.



FILED
DEC 16 2003
CLERK MAGISTRATE
DISTRICT COURT

## NOTICE OF CASE HAVING BEEN REMOVED

### TO THE HONORABLE JUSTICE AND CLERK OF THIS COURT:

Pacesetter Adjustment Company, the named defendant in this action, files this Notice of Case Having Been Removed. Attached hereto is a true and correct copy of the Notice of Removal filed in the United States District Court for the District of Massachusetts, the filing of which effected the removal of this action.

        Respectfully Submitted,
        Pacesetter Adjustment Company,
        By its attorneys,

        _____
        Maynard M. Kirpalani, BBO# 273940
        Geoffrey M. Coan, BBO# 641998
        Wilson, Elser, Moskowitz, Edelman &
        Dicker LLP
        155 Federal Street
        Boston, MA 02110
        (617) 422-5300

CERTIFIED TO BE A TRUE COPY
OF THE ORIGINAL AS THE SAME
APPEARS ON FILE IN THIS OFFICE

Carol A. Haley
Clerk Magistrate District Court Dept.
Clinton Division

21524.1

## CERTIFICATE OF SERVICE

     I, Geoffrey M. Coan, hereby certify that I have this 16th day of December, 2003, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to:

John F. Keenan, Esquire
390 Main Street
Worcester, MA 01608

                                            _____
                                            Geoffrey M. Coan

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL AS THE SAME

21524.1

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, Boston, Massachusetts 02110    Tel: (617) 422-5300    Fax: (617) 423-6917

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

**Geoffrey M. Coan**
Writer's Ext.: 5408
CoanG@wemed.com

December 16, 2003

**BY COURIER**

Civil Clerk's Office
District Court Department
Clinton Division
Routes 62 & 70
300 Boylston St.
Clinton, MA  01510

    Re:  Paul T. Aquino v. Pacesetter Adjustment Company

Dear Sir/Madam:

    Enclosed for filing in the above-referenced matter, please find the Notice of Case Having Been Removed.

    Please contact me with any questions.

                              Very truly yours,

                              Geoffrey M. Coan

GMC
Enclosures
cc:    John F. Keenan, Esq. (Notice of Case Having Been Removed w/o Notice of Removal)

21541.3