UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL T. AQUINO | ) |
| | ) |
| VS. | ) C.A.No. 03-40285-FDS |
| | ) |
| ACE FIRE UNDERWRITERS INSURANCE | ) |
| COMPANY | ) |

| | |
|---|---|
| PAUL T. AQUINO | ) |
| | ) |
| VS. | ) C.A.No. 03-40286-FDS |
| | ) |
| PACESETTER ADJUSTMENT COMPANY | ) |

PROPOSED JOINT PRETRIAL SCHEDULE

1. Joint Discovery Plan

|  |  |
|---|---|
| | Automatic document production has been made (LR 26.2(A)). |
| September 1, 2004 | Commence additional discovery requests and deposition notices (LR 26.2(A)). |
| March 1, 2005 | All fact discovery including non-expert depositions must be completed. |
| April 15, 2005 | Plaintiff to identify experts and to serve expert reports, if any. |
| April 29, 2005 | Defendant to identify experts and to serve expert reports, if any. |
| May 15, 2005 | Each party to identify rebuttal experts and serve rebuttal reports (Fed. R. Civ. P. 26(a)(2)(C)). |

July 1, 2005            All expert discovery must be completed.

August 1, 2005          Each party to serve Pretrial Memorandum
                        (LR 16.5(D)) and objections to expert
                        witnesses (LR 26.4(B)).

September 1, 2005       Final Pretrial Conference.

2. Motion Schedule

Except for good cause shown:

(i) no new parties may be joined after March 1, 2005.

(ii) no additional cause(s) of action or defense(s) may be asserted after March 1, 2005.

(iii) dispositive motions should be filed by April 1, 2005.

3. Miscellaneous

(i) The parties are amenable to reference to the Court's mediation program.

(ii) Pursuant to Local Rule 16.1(C), Plaintiff has presented to Defendant a written settlement proposal on August 17, 2004.

(iii) The parties have agreed, subject to the approval of the Court, that no more than 30 interrogatories in each case are to be filed during the discovery period.

                                    Attorney for Plaintiff
                                    Paul T. Aquino

                                    JOHN F. KEENAN (BBO#264000)
                                    390 Main Street
                                    Worcester, MA 01608
                                    (508) 791-8181

-3-

                Attorneys for Defendants
                Ace Fire Underwriters Insurance Company
                Pacesetter Adjustment Company

                _____
                MAYNARD M. KIRPALANI (BBO#273940)
                GEOFFREY M. COAN (BBO#641998)
                Wilson Elser Moskowitz Edelman &
                Dicker, LLP
                155 Federal Street, 5th Floor
                Boston, MA 02110
                (617) 422-5300

Dated:    August 20, 2004