UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

*Filed in open Court 8/27/64*

| | |
|---|---|
| PAUL T. AQUINO,<br>          Plaintiff,<br><br>v.<br><br>PACESETTER ADJUSTMENT COMPANY,<br>          Defendant. | CIVIL ACTION NO. 03-40285-NMG |

### CERTIFICATION BY DEFENDANT, PACESETTER ADJUSTMENT COMPANY, PURSUANT TO L.R. 16.1(D)(3)

Defendant, Pacesetter Adjustment Company, and its counsel hereby certify to this Court that the defendant and its counsel have conferred:

    (a)    with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

    (b)    to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

Pacesetter Adjustment Company,

_____
Paul E. Pearson, President
Pacesetter Adjustment Company
Twelve United Plaza
8549 United Plaza Blvd. Suite 301
Baton Rouge, LA 70809
(225) 293-2492

Respectfully submitted,

Attorneys for Pacesetter Adjustment Company,

_____
Maynard M. Kirpalani (BBO #273940)
Geoffrey M. Coan (BBO #641998)
Wilson, Elser, Moskowitz, Edelman &
155 Federal St., 5th Floor
Boston, MA 02110
(617) 422-5300

Dated: August 23, 2004

28925.1

## CERTIFICATE OF SERVICE

I, Geoffrey M. Coan, hereby certify that I have this 23rd day of August 2004, served a copy of the foregoing upon all parties of record by mailing same postage prepaid to:

John F. Keenan, Esquire
390 Main Street
Worcester, MA 01608

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan

2

28925.1