UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL T. AQUINO | ) |
| | ) |
| VS. | ) C.A.No. 03-40285-FDS |
| | ) |
| PACESETTER ADJUSTMENT COMPANY | ) |

| | |
|---|---|
| PAUL T. AQUINO | ) |
| | ) |
| VS. | ) C.A.No. 03-40286-FDS |
| | ) |
| ACE FIRE UNDERWRITERS | ) |
| INSURANCE COMPANY | ) |

### CERTIFICATION BY PLAINTIFF PAUL T. AQUINO

Plaintiff Paul T. Aquino and his counsel hereby certify to this Court that the plaintiff and his counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,          Respectfully submitted
Paul T. Aquino                   Attorney for Plaintiff
                                 Paul T. Aquino


_____      _____
Paul T. Aquino                   John F. Keenan (BBO#264000)
15 Woodman Road                  390 Main Street
Worcester, MA 01602              Worcester, MA 01608
                                 (508) 791-8181

Dated: September 3, 2004

CERTIFICATE OF SERVICE

I, John F. Keenan, hereby certify that I have this 8th day of September, 2004, served a copy of the foregoing upon all parties of record by mailing same, postage prepaid, to Maynard M. Kirpalani, Esq. and Geoffrey M. Coan, Esq., Wilson Elser Moskowitz Edelman & Dicker LLP, 155 Federal Street, 5th Floor, Boston, MA 02110.

_____
John F. Keenan