UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL T. AQUINO,

        Plaintiff,                CIVIL ACTION
v.                                           No.03-40285-FDS

PACESETTER ADJUSTMENT COMPANY, ET. AL.,

        Defendants,

_____
TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| U.S. District Court | **COURTROOM #1, 5th FLOOR** |
|---|---|
| 595 Main St. | **DATE AND TIME:** |
| Worcester, MA 01608 | **October 8, 2004, at 10:00 A.M.** |

_____
Type of Proceeding:

**MEDIATION**

**<u>ALL PARTIES WITH BINDING AUTHORITY MUST BE PRESENT!!</u>**


_____
                                              CHARLES B. SWARTWOOD, III
                                              MAGISTRATE JUDGE


<u>September 22, 2004</u>              /s/ Lisa B. Roland
Date                                Lisa B. Roland,
                                          Deputy Clerk
                                          (508) 929-9905