## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS


**PAUL AQUINO**

               **Plaintiff,**

                                               **CIVIL NO.  03-40285-FDS**

**PACESETTER ADJUSTMENT, ET. AL.**

               **Defendants,**

                   **REPORT RE: REFERENCE FOR
              ALTERNATIVE DISPUTE RESOLUTION**


                     **TO: JUDGE SAYLOR**

**SWARTWOOD, M.J.**

**On   OCTOBER 5, 2004                   I held the following ADR proceeding:**

| | | |
|---|---|---|
| ____ | **EARLY NEUTRAL EVALUATION** | **X    MEDIATION** |
| ____ | **MINI-TRIAL** | _____ **SUMMARY JURY TRIAL** |
| ____ | **SETTLEMENT CONFERENCE** | |


 **The parties were present in person or by an authorized corporate officer .
The case was:**

( )     **Settled.  Your clerk should enter a _____ day order of dismissal.**

( )     **There was progress.  A further conference has been scheduled for _____.
         unless the case is reported settled prior to that date.**

(X )    **Further efforts to settle this case at this time are, in my judgment, unlikely to be
        productive.  This case should be restored to your trial list.**

( )     **Suggested strategy to facilitate settlement:**


 **October 5,  2004**               **/s/ Charles B. Swartwood, III**
**Date**                            **CHARLES B. SWARTWOOD, III, MJ**