UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| PAUL T. AQUINO,         Plaintiff |
|---|
| VS. |
| PACESETTER ADJUSTMENT COMPANY,         Defendant |

CIVIL ACTION NO. 03-40285-FDS

## NOTICE OF APPEARANCE

**TO CLERK OF THE ABOVE NAMED COURT:**

Please enter my appearance as attorney for Paul T. Aquino, Plaintiff, in the above-entitled case.

_____
Douglas Q. Meystre, Esquire
BBO #344740
Fletcher, Tilton & Whipple, P.C.
370 Main Street
Worcester, Massachusetts 01608
508-798-8621

## CERTIFICATE OF SERVICE

I, Douglas Q. Meystre, hereby certify that on December 3, 2004, I served the Notice of Appearance upon the defendant by mailing a copy of same via first class mail, postage prepaid, to:

Maynard M. Kirpalani, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
155 Federal St.
Boston, MA 02110

John F. Keenan, Esq.
Wolfson, Keenan, Cotton & Meagher
390 Main St., Suite 1000
Worcester, MA 01608

_____
Douglas Q. Meystre

G:\D\DQM\Aquino, Paul\Notices of Appearance.doc