UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL T. AQUINO,<br>           Plaintiff,<br><br>v.<br><br>PACESETTER ADJUSTMENT COMPANY, ET AL.<br>           Defendants. | CIVIL ACTION NO. 03-40285-FDS |

## DEFENDANTS' MOTION FOR A PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(C)(2)

The Defendants, Ace Fire Underwriters Insurance Company ["ACE"] and Pacesetter Adjustment Company ["Pacesetter"] move this Court for a protective order pursuant to Fed. R. Civ. P. 26(c)(2), precluding the plaintiff from requiring their designees to appear for Fed. R. Civ. P. 30(b)(6) depositions in Worcester, Massachusetts, at their own expense. Further, the defendants request this Honorable Court to require the Plaintiff to conduct the deposition of ACE in Philadelphia, Pennsylvania and the deposition of Pacesetter and its President, Paul Pearson, in Baton Rouge, Louisiana, the locations of the defendants' principal places of business. In further support of this motion, the defendants, ACE and Pacesetter submit the accompanying memorandum of law.

Wherefore, the defendants respectfully requests that this Honorable Court grant defendants' motion for a protective order and order that the plaintiff conduct the Rule 30(b)(6) deposition of ACE in Philadelphia, Pennsylvania and the deposition of Pacesetter and its President, Paul Pearson, in Baton Rouge, Louisiana.

33814.1

Respectfully Submitted,
The Defendants,
Pacesetter Adjustment Company and
Ace Fire Underwriters Insurance Company,
By their attorneys,

*/s/ Geoffrey M. Coan*
Maynard M. Kirpalani, BBO# 273940
Geoffrey M. Coan, BBO# 641998
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

33814.1