

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| PAUL T. AQUINO,        Plaintiff | |
|---|---|
| VS. | CIVIL ACTION NO. 03-40285-FDS |
| PACESETTER ADJUSTMENT COMPANY,        Defendant | |

### NOTICE OF TAKING DEPOSITION

TO:  Maynard M. Kirpalani, Esq.            John F. Keenan, Esq.
     Wilson, Elser, Moskowitz,             Wolfson, Keenan, Cotton & Meagher
        Edelman & Dicker, LLP              390 Main St., Suite 1000
     155 Federal St.                       Worcester, MA 01608
     Boston, MA 02110

Please take notice that on **Wednesday, February 2, 2005, at 1:00 p.m.,** at the offices of Fletcher, Tilton & Whipple, P.C., 370 Main Street, 12th Floor, Worcester, Massachusetts, the plaintiff in this action, by his attorney(s), will take the deposition upon oral examination of **PAUL E. PEARSON** pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a Notary Public in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed.

You are invited to attend and cross-examine.

Plaintiff, by his attorney,

*[signature]*
Douglas Q. Meystre, Esquire
FLETCHER, TILTON & WHIPPLE, P.C.
BBO #344740
370 Main Street
Worcester, Massachusetts 01608
(508) 798-8621

## CERTIFICATE OF SERVICE

I, Douglas Q. Meystre, Esquire, hereby certify that on **January 20, 2005** I served the foregoing NOTICE OF TAKING DEPOSITION upon the defendant by mailing a copy, first class mail, postage prepaid, to:

| | |
|---|---|
| Maynard M. Kirpalani, Esq.<br>Wilson, Elser, Moskowitz,<br>    Edelman & Dicker, LLP<br>155 Federal St.<br>Boston, MA 02110 | John F. Keenan, Esq.<br>Wolfson, Keenan, Cotton & Meagher<br>390 Main St., Suite 1000<br>Worcester, MA 01608 |

*[signature]*
Douglas Q. Meystre

cc:  McCarthy Reporting Service
     12 Harvard St.
     Worcester, MA 01609
     753-3889