UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL T. AQUINO,<br>        Plaintiff,<br><br>v.<br><br>PACESETTER ADJUSTMENT COMPANY, ET AL.<br>        Defendants. | CIVIL ACTION NO. 03-40285-FDS |

**DEFENDANTS' RULE 7.1 CERTIFICATION FOR ITS MOTION
FOR A PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(C)(2)**

I, Maynard M. Kirpalani, counsel of record for the Defendants, Ace Fire Underwriters Insurance Company ["ACE"] and Pacesetter Adjustment Company ["Pacesetter"], certify that I have conferred with Plaintiff's counsel and have attempted in good faith to resolve or narrow the issue of the subject discovery dispute that has compelled the Defendants to move this Court for a protective order pursuant to Mass. R. Civ. P. 26(c)(2).

        Respectfully Submitted,
        Ace Fire Underwriters Insurance Company and
        Pacesetter Adjustment Company,
        By their attorneys,


        /s/ *Maynard M.Kirpalani*
        Maynard M. Kirpalani, BBO# 273940
        Geoffrey M. Coan, BBO# 641998
        Wilson, Elser, Moskowitz, Edelman &
        Dicker LLP
        155 Federal Street, 5th Floor
        Boston, MA 02110
        (617) 422-5300

33824.1