UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| PAUL T. AQUINO, Plaintiff |
| --- |
| VS. |
| PACESETTER ADJUSTMENT COMPANY, Defendant |

CIVIL ACTION NO. 03-40285-FDS

| PAUL T. AQUINO, Plaintiff |
| --- |
| VS. |
| ACE FIRE UNDERWRITERS INSURANCE COMPANY, Defendant |

CIVIL ACTION NO. 03-40286-FDS

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER

The plaintiff, Paul T. Aquino, opposes defendant Ace Fire Underwriters Insurance Company's ("Ace") and defendant Pacesetter Adjustment Company's ("Pacesetter") Motion for a Protective Order which seeks to preclude the plaintiff from deposing Ace's and Pacesetter's designees at Fed. R. Civ. P. 30(b)(6) depositions in Worcester, Massachusetts at their own expense. The plaintiff also opposes the defendants' request that this Honorable Court require the plaintiff to conduct the deposition of Ace in Philadelphia, Pennsylvania and the deposition of Pacesetter and its president, Paul Pearson, in Baton Rouge, Louisiana, the locations of the defendants' principal places of business. In further support of this opposition, the plaintiff submits the accompanying memorandum of law.

Wherefore, the plaintiff, Paul T. Aquino, respectfully requests that this Honorable Court deny the defendants' Motion for a Protective Order.

Respectfully submitted,

Douglas Q. Meystre, Esquire
BBO #344740
Fletcher, Tilton & Whipple, P.C.
370 Main Street
Worcester, Massachusetts 01608
508-798-8621

## CERTIFICATE OF SERVICE

I, Douglas Q. Meystre, Esquire, hereby certify that on February 4, 2005 I served the foregoing **Plaintiff's Opposition to Defendants' Motion for a Protective Order** upon the defendants by mailing a copy, first class mail, postage prepaid, to:

Maynard M. Kirpalani, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
155 Federal St.
Boston, MA 02110

Douglas Q. Meystre