UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred _____

Aquino,_____

    V.         CA/CR No.  03-40285

Pacesetter Adjustment,_____    Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Swartwood for the following proceedings:

  (A) Referred for full pretrial case management, including all dispositive motions.

☐ (B) Referred for full pretrial case management, <u>not</u> including dispositive motions:

☐ (C) Referred for discovery purposes only.

  (D) Referred for Report and Recommendation on:

    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    ( ) Motion(s) to dismiss
    ( ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

X (E) Case referred for events only.  See Doc. No(s).  Ruling on # 15

☐ (F) Case referred for settlement.

☐ (G) Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

  (H) Special Instructions: _____

 2/8/05            By: /s/ Martin Castles
 Date              Deputy Clerk

(Order of Reference Revised.wpd - 12/98)         [oref., koref.]