UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL T. AQUINO,<br>          Plaintiff,<br><br>v.<br><br>PACESETTER ADJUSTMENT COMPANY, ET AL.<br>          Defendants. | CIVIL ACTION NO. 03-40285-FDS |

## DEFENDANTS', PACESETTER ADJUSTMENT COMPANY AND ACE FIRE UNDERWRITERS INSURANCE COMPANY, MOTION FOR SUMMARY JUDGMENT

Now come the defendants, Pacesetter Adjustment Company and Ace Fire Underwriters Insurance Company ("Defendants") and move this Honorable Court to grant summary judgment in their favor on all counts of the Plaintiff's, Paul T. Aquino's Complaints. In support of this motion, Defendants state that they made no misrepresentations in violation of M.G.L. c. 176D and, therefore, did not violate M.G.L. c. 93A. Additionally, Aquino has neither alleged nor established any injury, and thus cannot recover under M.G.L. c. 93A. As further grounds, please see the attached Memorandum of Law and Concise Statement of Material Facts.

WHEREFORE, the defendants, Pacesetter Adjustment Company and Ace Fire Underwriters Insurance Company, respectfully request this Honorable Court to grant summary judgment in their favor.

          Pacesetter Adjustment Company and Ace Fire
          Underwriters Insurance Company,
          By their attorneys,

          /s/ *Geoffrey M. Coan*
          Maynard M. Kirpalani, BBO# 273940
          Geoffrey M. Coan, BBO# 641998
          Wilson, Elser, Moskowitz, Edelman & Dicker LLP
          155 Federal Street, 5th Floor
          Boston, MA 02110 (617) 422-5300

36409.1