UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL T. AQUINO,<br>                Plaintiff,<br><br>v.<br><br>PACESETTER ADJUSTMENT COMPANY, ET AL.<br>                Defendants. | CIVIL ACTION NO. 03-40285-FDS |

**REQUEST FOR ORAL ARGUMENT ON
DEFENDANTS', PACESETTER ADJUSTMENT COMPANY AND ACE FIRE
UNDERWRITERS INSURANCE COMPANY, MOTION FOR SUMMARY JUDGMENT**

Now come the defendants, Pacesetter Adjustment Company and Ace Fire Underwriters Insurance Company ("Defendants") and request a hearing and oral argument before this Honorable Court on their motion for summary judgment.

                Respectfully submitted,

                Pacesetter Adjustment Company and Ace Fire
                Underwriters Insurance Company,
                By their attorneys,

                */s/ Geoffrey M. Coan*
                Maynard M. Kirpalani, BBO# 273940
                Geoffrey M. Coan, BBO# 641998
                Wilson, Elser, Moskowitz, Edelman &
                Dicker LLP
                155 Federal Street, 5th Floor
                Boston, MA 02110
                (617) 422-5300