UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| PAUL T. AQUINO, Plaintiff<br><br>VS.<br><br>PACESETTER ADJUSTMENT<br>COMPANY, et al    Defendant |
|---|

CIVIL ACTION NO. 03-40285-FDS

## PLAINTIFFS' OPPOSITION TO DEFENDANTS', PACESETTER ADJUSTMENT COMPANY AND ACE FIRE UNDERWRITERS INSURANCE COMPANY, MOTION FOR SUMMARY JUDGMENT

Now comes the plaintiff, Paul T. Aquino, and opposes the Defendants' Motion for Summary Judgment. This opposition is supported by Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and Plaintiff's Concise Statement of Material Facts, with exhibits, and the Plaintiff's Response to Defendants' Concise Statement of Material Facts.

Plaintiff, by his attorney:

_Douglas Q. Meystre_
Douglas Q. Meystre, Esquire
BBO #344740
Fletcher, Tilton & Whipple, P.C.
370 Main Street
Worcester, Massachusetts 01608
508-798-8621

## CERTIFICATE OF SERVICE

I, Douglas Q. Meystre, Esquire, hereby certify that on **April 13, 2005**, I served the foregoing upon the defendants by mailing a copy, first class mail, postage prepaid, to:

Maynard M. Kirpalani, Esq.
Wilson, Elser, Moskowitz,
  Edelman & Dicker, LLP
155 Federal St.
Boston, MA 02110

John F. Keenan, Esq.
Wolfson, Keenan, Cotton & Meagher
390 Main St., Suite 1000
Worcester, MA 01608

_Douglas Q. Meystre_
Douglas Q. Meystre