UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

45

| | |
|---|---|
| PAUL T. AQUINO,    Plaintiff | |
| VS. | |
| | CIVIL ACTION NO. 03-40285-FDS |
| PACESETTER ADJUSTMENT COMPANY, et al    Defendant | |

## REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S OPPOSITION TO DEFENDANTS, PACESETTER ADJUSTMENT COMPANY AND ACE FIRE UNDERWRITERS INSURANCE COMPANY, MOTION FOR SUMMARY JUDGMENT

Now comes the plaintiff, Paul T. Aquino, and requests a hearing and oral

argument before this Honorable Court on his Opposition to Defendants' Motion for

Summary Judgment.

Respectfully submitted,
Plaintiff, by his attorney:

Douglas Q. Meystre, Esquire
BBO #344740
Fletcher, Tilton & Whipple, P.C.
370 Main Street
Worcester, Massachusetts 01608
508-798-8621

## CERTIFICATE OF SERVICE

I, Douglas Q. Meystre,  Esquire, hereby certify that on **April 13, 2005**, I served
the foregoing upon the defendants by mailing a copy, first class mail, postage prepaid, to:

Maynard M. Kirpalani, Esq.
Wilson, Elser, Moskowitz,
   Edelman & Dicker, LLP
155 Federal St.
Boston, MA 02110

John F. Keenan, Esq.
Wolfson, Keenan, Cotton & Meagher
390 Main St., Suite 1000
Worcester, MA 01608

Douglas Q. Meystre