UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Paul T. Aquino,
     Plaintiffs,

    v.        CIVIL ACTION NO. 03-40285-FDS

Pacesetter Adjustment Company and
Ace Fire Underwriters Insurance Company,
     Defendant,

## JUDGMENT IN A CIVIL CASE

SAYLOR, D.J.

  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED: in accordance with the Courts Memorandum and Order entered on 11/7/05, that judgment be entered in favor of the defendants.**

                SARA THORNTON, CLERK

Dated: 11/8/05         /s/ Martin Castles
               ( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is_____.

(judgciv.frm - 10/96)               [jgm.]